

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLEN R. BATES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:01-CV-1614-D |
| VS. | § | |
| | § | |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT

For the reasons set out in an order filed today, it is ordered and adjudged that plaintiff's action is dismissed in part without prejudice and in part with prejudice.

Taxable costs of court, as calculated by the clerk of court, are assessed against plaintiff.

Done at Dallas, Texas this 15th day of December, 2004.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE